CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 22, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Jianxin Li, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 3:24-cv-00025 |
| Chung LLC | ) |
|        and | ) |
| Stanley Chung, | ) |
|        Defendants. | ) |

## JUDGMENT ORDER

This matter was tried to a jury on August 18–20, 2025. Consistent with the verdict returned by the jury on August 20, 2025, (Dkt. 119), judgment is hereby **ENTERED** in favor of Defendants Chung LLC and Stanley Chung on Plaintiff Jianxin Li and Plaintiff Man Xiu Xiong's claims under the Fair Labor Standards Act, as well as Li's claims under the Virginia Overtime Wage Act and Virginia Minimum Wage Act.

The clerk is directed to forward a copy of this Judgment Order to all counsel of record and close this case.

**ENTERED** this 22nd day of August, 2025.

_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE